**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PATRICK O. OJO, on behalf of
himself and all others similarly
situated,

        *Plaintiff-Appellant,*

        v.

FARMERS GROUP, INC.; FIRE
UNDERWRITERS ASSOCIATION; FIRE
INSURANCE EXCHANGE; FARMERS
UNDERWRITERS ASSOCIATION;
FARMERS INSURANCE EXCHANGE,

        *Defendants-Appellees.*

No. 06-55522

D.C. No.
CV-05-05818-JFW
Central District of
California,
Los Angeles

ORDER

Appeal from the United States District Court
for the Central District of California
John F. Walter, District Judge, Presiding

Filed April 30, 2010

Before: Alex Kozinski, Chief Judge, Pamela Ann Rymer,
Michael Daly Hawkins, Susan P. Graber,
M. Margaret McKeown, William A. Fletcher,
Ronald M. Gould, Richard R. Clifton, Milan D. Smith, Jr.,
Sandra S. Ikuta and N. Randy Smith, Circuit Judges.

---

**ORDER**

The per curiam opinion filed on April 9, 2010 and pub-
lished at ___ F.3d ____, 2010 WL 1407850, and the order
certifying a question to the Supreme Court of Texas, filed on
April 9, 2010 and published at ___ F.3d ____, 2010 WL
1407846, are AMENDED as follows.

The caption states:

> Patrick O. OJO, Attorney, on behalf of himself and all others similarly situated, Plaintiff - Appellant,

The word "Attorney" and the following comma is deleted so that the revised caption states:

> Patrick O. OJO, on behalf of himself and all others similarly situated, Plaintiff - Appellant,

**It is so ORDERED.**